IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-CR-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESSE WAYNE HART,

    Defendant.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

In July 2019, in the State and District of Colorado, the defendant, JESSE WAYNE HART, did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT TWO

In July 2019, in the State and District of Colorado, the defendant, JESSE WAYNE HART, did knowingly and intentionally attempt to distribute, and possess with the intent to distribute, mixtures and substances containing a detectable amount of amphetamine.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT THREE

On or about May 1, 2015, in the State and District of Colorado, the defendant, JESSE WAYNE HART, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance, knowingly conducted a financial transaction involving property represented by a law enforcement officer to be the proceeds of specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance.

All in violation of Title 18, United States Code, Section 1956(a)(3)(B).

**Forfeiture Allegation**

As a result of committing the violations of Title 21, United States Code, Sections 841(a)(1) and 846, alleged in Counts One and Two of this Indictment, the defendant, JESSE WAYNE HART, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

As a result of committing the violation of Title 18, United States Code, Section 1956(a)(3)(B), alleged in Count Three of this Indictment, the defendant, JESSE WAYNE HART, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real and personal, involved in the offenses alleged in

Count Three of this Indictment, and all property traceable to such property.

If any of the property subject to forfeiture as a result of any act or omission of the defendant:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred to sold to or deposited with a third person;
- C. has been placed beyond the jurisdiction of this Court;
- D. has been substantially diminished in value; or
- E. has been co-mingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853.

TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>s/ Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: andrea.surratt@usdoj.gov
Attorney for Government