| | |
|---|---|
| DEFENDANT: | Jesse Wayne Hart |
| AGE/YOB: | 1985 |
| COMPLAINT FILED? | ___x___ Yes   _____ No |
| | If Yes, MAGISTRATE CASE NUMBER 19-mj-00166-NRN |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _x_ Yes   __ No |
| | If No, a new warrant is required |
| OFFENSE(S): | Counts One and Two: 21 U.S.C. §§ 841(a)(1) and 846 (attempt to distribute and possess with intent to distribute a controlled substance |
| | Count Three: 18 U.S.C. § 1956(a)(3)(B) (money laundering) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | Counts One and Two: NMT 20 years' imprisonment; NLT 3 years' SR; NMT life SR; NMT $1,000,000 fine or twice the gain/loss from the office; $100 SA |
| | Count Three: NMT 20 years' imprisonment; NMT 3 years' SR; NMT $250,000 fine or twice the gain/loss from the offense; $100 SA |
| AGENT: | Greg McGahey<br>USPIS |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less; ___ over five days

THE GOVERNMENT

 x   will NOT seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is applicable to this defendant.

1