IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00369-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESSE WAYNE HART,

        Defendant.
_____

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE PRETRIAL MOTIONS**
_____

Defendant Jesse Hart ("Mr. Hart"), by and through undersigned counsel, ("counsel") Assistant Federal Public Defender, Matthew C. Golla, hereby requests this Honorable Court to extend the deadline for filing pretrial motions for 7 days. In support of this motion, Mr. Hart states as follows:

1. On August 20, 2019, a three-count Indictment was entered against Mr. Hart. Count 1 and 2 allege violations of 21 U.S.C. §§ 841(a)(1) and 846; attempt to distribute and possess with intent to distribute a controlled substance. Count 3 alleges a violation of 18 U.S.C. § 1956(a)(3)(B); money laundering.

2. Pretrial motions are currently due on September 20, 2019 and a jury trial is scheduled for October 28, 2019 at 8:00 a.m. in the Federal District Court.

3. Undersigned counsel ("counsel") received approximately 2,500 pages of discovery on September 9, 2019 and needs an additional week to digest the information and decide what pretrial motions are appropriate.

    4.    Counsel contacted Assistant U.S. Attorney, Andrea Surratt and she does not oppose this motion.

WHEREFORE, Mr. Hart respectfully requests this Court to extend the deadline for filing pretrial motions for an additional 7 days.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/ Matthew C. Golla
    MATTHEW C. GOLLA
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado    80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    E-mail: Matt_Golla@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, I electronically filed the foregoing

UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE PRETRIAL MOTIONS

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Andrea Surratt, Assistant United States Attorney
    Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jesse Wayne Hart (via U.S. Mail)

                          s/ Matthew C. Golla
                          MATTHEW C. GOLLA
                          Assistant Federal Public Defender
                          633 - 17th Street, Suite 1000
                          Denver, Colorado    80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          E-mail: Matt_Golla@fd.org
                          Attorney for Defendant