IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.      19-cr-00369-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESSE WAYNE HART,

        Defendant.

---

## DEFENDANT WAIVER OF APPEARANCE

---

Mr. Jesse Hart, through his attorney Matthew Golla, respectfully requests his appearance before this Court for the motion hearing set for October 3, 2019 at 10:00 a.m. be waived.  In support thereof, he states as follows:

1. On September 26, 2019, Mr. Hart, through undersigned counsel, filed an unopposed motion to exclude 90 days from the requirements of the Speedy Trial Act. Doc. 28.

2. This Court set that matter for hearing on October 3, 2019 at 10:00 a.m. Doc. 29.

3. The Court noted in its minute order that Mr. Hart may waive his presence "if counsel has discussed with him the effect of the Court granting the motion." Doc. 29.

4. Undersigned counsel has discussed the motion with Mr. Hart, as well as how the requested extension would affect his case, deadlines, and rights.

5. Mr. Hart currently works full-time and is working on October 3, 2019.

Wherefore, Mr. Hart respectfully requests that his appearance before the Court for the October 3, 2019 motions hearing be waived.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado     80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jesse Hart (Via U.S. Mail)

s/ Matthew Golla
Matthew C. Golla
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_Golla@fd.org
Attorney for Defendant