IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.: 19-cr-00369-PAB              Date:   October 3, 2019
Courtroom Deputy:   Sabrina Grimm                 Court Reporter:   Janet Coppock

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                         Andrea Surratt

   Plaintiff,

v.

1.  JESSE WAYNE HART,                             Matthew Golla

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:05 a.m.       Court in session.**

Appearances of counsel.  Defendant's appearance has been waived.

Discussion regarding excluding time from speedy trial calculations.

**ORDERED:** Defendant's Unopposed Motion for an Exclusion of 90 Days from the Speedy Trial Act [28] is GRANTED.  An additional 90 days from today's date shall be excluded from the computation of speedy trial.

**ORDERED:** Pretrial motions shall be filed on or before December 9, 2019.  Responses to the pretrial motions shall be filed on or before December 20, 2019.

**ORDERED:** Trial Preparation Conference is VACATED and RESET to January 31, 2020 at 9:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Trial is VACATED and RESET to February 3, 2020 at 8:00 a.m., for three days, in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Defendant's bond is continued.

**10:20 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:    00:15