**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-CR-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

    Abraham V Hutt and Richard K. Kornfeld of Recht Kornfeld, P.C., members of the bar of this Court, herewith enter their appearance as counsel for Jesse Hart.

    DATED at Denver, Colorado this 27th day of November, 2019

    RECHT KORNFELD, P.C.

    s/ Abraham V Hutt
    Abraham V Hutt, #14137
    Richard K, Kornfeld, #24198
    1600 Stout Street, Suite 1400
    Denver, Colorado   80202
    (303) 573-1900

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing was served this 27th day of November, 2019 using the CM/ECF system which will send notification of such filing to all listed parties.

    Leni Charles
    Legal Assistant