IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART,

    Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL
---

Matthew Golla, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant, Jesse Hart. Private counsel, Abraham Hutt, entered his appearance on November 27, 2019. Doc. 32. Undersigned counsel therefore requests that this motion be granted.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    *s/ Matthew Golla*
    MATTHEW GOLLA
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Matt_golla@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jesse Hart (via US Mail)

*s/ Matthew Golla*
MATTHEW GOLLA
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Matt_golla@fd.org
Attorney for Defendant

2