**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No.  19-CR-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT**

---

    Richard K. Kornfeld of Recht Kornfeld, P.C., member of the bar of this Court, herewith enters his appearance as co-counsel for Jesse Hart.

    DATED at Denver, Colorado this 12th day of December, 2019

    RECHT KORNFELD, P.C.

    s/ Richard K. Kornfeld
    Richard K, Kornfeld, #24198
    1600 Stout Street, Suite 1400
    Denver, Colorado   80202
    (303) 573-1900

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing was served this 12th day of December, 2019 using the CM/ECF system which will send notification of such filing to all listed parties.

    Leni Charles
    Legal Assistant