# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART

    Defendant.

---

## WAIVER OF APPEARANCE FOR DECEMBER 19, 2019

---

Jesse Hart, in reliance on the Court's minute order of December 12, 2019 hereby waives his right to be present in court on December 19, 2019 for the hearing on his Unopposed Motion for Ends of Justice Exclusion. Mr. Hart acknowledges having discussed with counsel and being fully advised of the consequences to his speedy trial rights of the court granting that motion. Mr. Hart is tendering this waiver knowingly and voluntarily after consultation with counsel.

DATED at Denver, Colorado this 18th day of December, 2019

_____
Jesse Hart

RECHT KORNFELD, P.C.

_____
Abraham V Hutt, #14137

_____
Richard K, Kornfeld, #24198
1600 Stout Street, Suite 1400
Denver, Colorado  80202
(303) 573-1900

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was served this ___18th___ day of December, 2019 using the CM/ECF system which will send notification of such filing to all listed parties.

Leni Charles<br>
Legal Assistant