IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.:  19-cr-00369-PAB | Date:   December 19, 2019 |
| Courtroom Deputy:   Sabrina Grimm | Court Reporter:   Terri Lindblom |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  JESSE WAYNE HART, | Abraham Hutt |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**1:31 p.m.**     **Court in session.**

Appearances of counsel.  Defendant's appearance has been waived.

Discussion regarding excluding time from speedy trial calculations.

**ORDERED:** Defendant's Unopposed Motion for an Ends of Justice Exclusion of Speedy Trial Time and Continuance of Trial and Related Dates [34] is GRANTED. An additional 90 days from January 1, 2020 shall be excluded from the computation of speedy trial.

**ORDERED:** Pretrial motions shall be filed on or before February 14, 2020.  Responses to the pretrial motions shall be filed on or before February 24, 2020.

**ORDERED:** Trial Preparation Conference is VACATED and RESET to April 3, 2020 at 1:30 p.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Trial is VACATED and RESET to April 13, 2020 at 8:00 a.m., for four days, in Courtroom A701 before Chief Judge Philip A. Brimmer.

**1:55 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:    00:24