IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESSE WAYNE HART,

    Defendant.

---

## NOTICE OF DISPOSITION

---

    The Defendant, Jesse Wayne Hart, by and through counsel, Abraham V Hutt and Richard K. Kornfeld of Recht Kornfeld, P.C., hereby notifies the Court that the government and Mr. Hart have reached a disposition.

    Respectfully submitted,

    **RECHT KORNFELD, P.C.**


    *s/ Abraham V Hutt*
    ABRAHAM V HUTT

    *s/ Richard K. Kornfeld*
    RICHARD K. KORNFELD
    Attorneys for Defendant Hart
    1600 Stout Street, Suite 1400
    Denver, CO 80202
    (303) 573-1900
    (303) 446-9400 (fax)
    rick@rklawpc.com
    abe@rklawpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of February, 2020, I electronically filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Leni Charles*
Leni Charles, Legal Assistant