

**Presbyterian/St. Luke's Medical Center**

Transplant Center
1601 E. 19th Avenue
Suite 5050
Denver, Colorado 80218
720.754.2155 Phone
800.758.1005 Toll Free
720.754.2106 Fax

April 2, 2020

To Whom it May Concern:

This letter confirms that Jesse Hart was a living kidney donor. He donated his kidney on 3/12/2007 at Presbyterian St. Luke's Medical Center in Denver, Colorado. Although Mr. Hart is not immunocompromised, his remaining kidney is performing the function of two kidneys. This is shown in his Creatinine and Basic Urea Nitrogen (BUN) levels, as well as his Glomerular Filtration Rate (eGFR NON-AFR. American). Please see attached Lab Analysis performed 6/5/19 & 11/27/19. This puts Mr. Hart at increased risk, if infected with COVID-19, of acute kidney injury (AKI) through pyrexia (fever), pyleonephritis (kidney infection), poor fluid intake from sore throat, or dehydration due to diarrhea. Any of these resulting in AKI could cause irreversible damage to the remaining kidney leading to Chronic Kidney Disease. Additionally, his regular usage of Nicotine vaporizers puts him at a significantly higher risk of a complicated COVID-19 infection. Mr. Hart is at a higher risk of morbidity and mortality during this COVID-19 pandemic.

Sincerely,

*Marita A. Dougherty, LCSW*

Marita Dougherty, LCSW
Living Donor Advocate

Exhibit A