xxxIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00369-PAB           Date:  May 4, 2020
Courtroom Deputy:  Sabrina Grimm                Court Reporter:   Janet Coppock

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Andrea Surratt

   Plaintiff,

v.

1.  JESSE WAYNE HART,                           Abraham Hutt
                                                Richard Kornfeld

   Defendant.

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING VIA VIDEO TELECONFERENCE**

**2:31 p.m.     Court in session.**

Appearances of counsel by VTC.  Defendant present on bond by VTC.

Defendant sworn.

Mr. Hart confirms he has received the Plea Agreement and Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Discussion regarding provisions of the CARES Act.

Defendant enters plea of guilty to Count 1 of the Indictment and admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:  Defendant's plea of guilty is accepted.**

**ORDERED:**  Plea Agreement and Statement by Defendant in Advance of Plea of Guilty are admitted.

**ORDERED:**  The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:**  The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**  Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:**  Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:**  Sentencing is set for August 14, 2020 at 9:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:**  Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

Discussion regarding defendant remaining out on bond pending sentencing.

**ORDERED:**  Defendant's Motion to Allow Defendant to Remain Out of Custody Pending Sentencing Pursuant to 18 U.S.C. § 3145 (C) [47] is GRANTED.

**ORDERED:**  Defendant's bond is continued.

**3:20 p.m.**   Court in recess.

Hearing concluded.
Total in-court time:    00:49