# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JESSE WAYNE HART,

       Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 16th day of July, 2020.

                                  JASON R. DUNN
                                  United States Attorney

                                s/ *Elizabeth Young*
                                Elizabeth Young
                                Assistant United States Attorney
                                United States Attorney's Office
                                1801 California Street, Suite 1600
                                Denver, Colorado 80202
                                Telephone: 303-454-0100
                                Fax: 303-454-0405
                                Email: Elizabeth.young2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                                    s/ *Jasmine Zachariah*
                                                    FSA Federal Data Analyst
                                                    Office of the U.S. Attorney