IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JESSE WAYNE HART,

        Defendant.

_____

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Elizabeth Young, pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2, and incorporating the Plea Agreement (Doc. 50) entered into with defendant Jesse Wayne Hart, and moves this Court to enter a Preliminary Order of Forfeiture in this case forfeiting to the United States the defendant's interest in the following:

    a.    A 2011 white BMW bearing VIN WBAKG1C51BE617492; and

    b.    A dark gray Trek road bicycle seized by the United States Postal Inspection Service ("USPIS") on August 1, 2019,

and directing the United States or its designated sub-custodian to seize the property subject to forfeiture and to publish notice of the forfeiture. In support, the United States states:

    1.    On August 20, 2019, the grand jury charged defendant Jesse Wayne Hart by Indictment with possession with intent to distribute MDMA and amphetamine in

1

violation of 21 U.S.C. §§ 841(a)(1) and 846 in Counts One and Two, and knowingly conducting a financial transaction involving property represented by a law enforcement officer to be the proceeds of specified unlawful activity in violation of 18 U.S.C. § 1956(a)(3)(B) in Count Three. (Doc. 20 at 1-2).

2. In the Indictment, the United States also sought forfeiture from defendant Jesse Wayne Hart, pursuant to 21 U.S.C. § 853, of any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violations alleged in Counts One and Two, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two. The United States also sought forfeiture pursuant to 18 U.S.C. § 982(a)(1), of all property, real or personal, involved in the offense alleged in Count Three. (Doc. 20 at 2-3).

3. On May 4, 2020, the United States and defendant Jesse Wayne Hart entered into a Plea Agreement. (Doc. 50). The Plea Agreement provides, *inter alia*, that the defendant agreed to plead guilty to Count One of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 846, and further agreed and consented to forfeit the following property to the United States pursuant to 21 U.S.C. § 853:

    a. A 2011 white BMW bearing VIN WBAKG1C51BE617492 (the "White BMW"),

    b. A dark gray Trek road bicycle seized by USPIS on August 1, 2019 (the "Gray Trek"), and

    c. A pill press and associated parts seized by Homeland Security

Investigations on January 27 and 29, 2019.[1]

4.	Pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), the Court must determine what property is subject to forfeiture under 21 U.S.C. § 853 as soon as practicable after a plea of guilty. Once the property is determined to be subject to forfeiture, the Court must promptly enter a Preliminary Order of Forfeiture. Fed. R. Crim. P. 32.2(b)(2)(A).

5.	It is mandatory that the Preliminary Order of Forfeiture is entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant."  Fed. R. Crim. P. 32.2(a)(2)(B).

6.	As set forth in the Plea Agreement, the defendant and United States agree that the requisite nexus exists between the property and the offense to which defendant Jesse Wayne Hart has pleaded guilty. Specifically, in June and July 2019, the defendant ordered MDMA and amphetamine, respectively, from darknet vendors and shipped them to either his home or a Post Office Box he controlled with the intent to distribute the MDMA and amphetamine. (Doc. 50 at 6). The defendant also agreed that the White BMW and the Grey Trek were both purchased with proceeds of drug trafficking offenses, and further agreed that the White BMW was used in furtherance of drug trafficking offenses by, among other things, being used to retrieve inbound parcels containing narcotics. (Doc. 50 at 6). Accordingly, the defendant's interest in the White BMW and Grey Trek is subject to forfeiture to the United States pursuant to 21 U.S.C. § 853.

---

[1] The United States is not seeking a criminal order forfeiture for the pill press. United States Customs and Border Protection, the agency that handles the administrative forfeiture of assets seized by Homeland Security Investigations, has administratively forfeited the pill press.

7. A Preliminary Order of Forfeiture is necessary in order for the United States to seize the property subject to forfeiture. In addition, 21 U.S.C. § 853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States cannot accomplish the seizure, notice, and publication without a Preliminary Order of Forfeiture.

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture tendered herewith, for the reasons set forth above.

DATED this 16th day of July 2020.

      Respectfully submitted,

      JASON R. DUNN
      United States Attorney

By: s/*Elizabeth Young*
      Elizabeth Young
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California Street, Ste. 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      E-mail: Elizabeth.Young2@usdoj.gov
      *Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 16th day of July 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

    *s/ Jasmine Zachariah*
    FSA Data Analyst
    U.S. Attorney's Office