IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JESSE WAYNE HART,

       Defendant.

_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture filed pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2. The Court having read said Motion and being fully advised in the premises finds:

THAT on August 20, 2019, the United States and defendant Jesse Wayne Hart entered into a Plea Agreement that provides a factual basis and cause to issue a forfeiture order under 21 U.S.C § 853 and Fed. R. Crim. P. 32.2. (Doc. 50);

THAT the requisite nexus exists between the following property and the crime that defendant Jesse Wayne Hart pled guilty to:

a.  A 2011 white BMW bearing VIN WBAKG1C51BE617492, and

b.  A dark gray Trek road bicycle seized by the United States Postal Inspection Service on August 1, 2019; and

THAT prior to the disposition of the assets, the United States or its designated sub-custodian is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

1

THAT defendant's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

a.  A 2011 white BMW bearing VIN WBAKG1C51BE617492, and

b.  A dark gray Trek road bicycle seized by the United States Postal Inspection Service on August 1, 2019;

THAT pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions via a government website for at least thirty consecutive days and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(c)(1); and

3

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule

32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this _____ day of _____, 2020.

BY THE COURT:


_____
Phillip A. Brimmer
Chief United States District Judge