IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JESSE WAYNE HART,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure [Docket No. 57]. The Court, having read said Motion and being fully advised in the premises, finds:

THAT on May 4, 2020, the United States and defendant Jesse Wayne Hart entered into a plea agreement which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT the requisite nexus exists between the following property:

    a. 2011 white BMW bearing VIN: WBAKG1C51BE617492, and

    b. A dark gray Trek road bicycle seized by the United States Postal Inspection Service on August 1, 2019,

and Count One, charging a violation of 21 U.S.C §§ 841(a)(1) and 846, to which defendant Jesse Wayne Hart has pleaded guilty; and

1

THAT, prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT defendant's interest in the following property:

a. 2011 white BMW bearing VIN: WBAKG1C51BE617492, and

b. A dark gray Trek road bicycle seized by the United States Postal Inspection Service on August 1, 2019,

is forfeited to the United States in accordance with 21 U.S.C. § 853;

THAT, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture and to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, via a government website, for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED July 17, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge