

Transplant Center
1601 E. 19th Avenue
Suite 5050
Denver, Colorado 80218
720.754.2155 Phone
800.758.1005 Toll Free
720.754.2106 Fax

April 2, 2020

To Whom it May Concern:

This letter confirms that Jesse Hart was a living kidney donor. He donated his kidney on 3/12/2007 at Presbyterian St. Luke's Medical Center in Denver, Colorado. Although Mr. Hart is not immunocompromised, his remaining kidney is performing the function of two kidneys. This is shown in his Creatinine and Basic Urea Nitrogen (BUN) levels, as well as his Glomerular Filtration Rate (eGFR NON-AFR. American). Please see attached Lab Analysis performed 6/5/19 & 11/27/19. This puts Mr. Hart at increased risk, if infected with COVID-19, of acute kidney injury (AKI) through pyrexia (fever), pyleonephritis (kidney infection), poor fluid intake from sore throat, or dehydration due to diarrhea. Any of these resulting in AKI could cause irreversible damage to the remaining kidney leading to Chronic Kidney Disease. Additionally, his regular usage of Nicotine vaporizers puts him at a significantly higher risk of a complicated COVID-19 infection. Mr. Hart is at a higher risk of morbidity and mortality during this COVID-19 pandemic.

Sincerely,

*Marita A. Dougherty, LCSW*

Marita Dougherty, LCSW
Living Donor Advocate

**Exhibit A**

**Colorado Coalition For The Homeless**  
2111 Champa St  
Denver, CO, 802052529

**Hart, Jesse Wayne**  
5922 Dunraven Way  
Golden, CO, 80403  
Person #: 74952  
Sex: M  
DOB: 03/31/1985

**Order Date:** 11/27/2019  
**Order #:** PRO147690

**Ordering:** Onstott, NP Anne  **Performing #:** QuestDiag  **Location:** SSC Mental Health  
**Tests Ordered :** LITHIUM (613), TSH, 3RD GENERATION (899), COMPREHENSIVE METABOLIC PANEL (10231), HEMOGLOBIN A1C (496)

### LITHIUM (Collection Date: 12/13/2019 13:17, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| LITHIUM | <0.3 | mmol/L | L | 0.6-1.2 | |

### HEMOGLOBIN A1c (Collection Date: 12/13/2019 13:17, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEMOGLOBIN A1c | 5.1 | % of total Hgb | | <5.7 | For the purpose of screening for the presence of diabetes: |

```
<5.7%         Consistent with the absence of
diabetes
5.7-6.4%      Consistent with increased risk
for diabetes
              (prediabetes)
> or =6.5%    Consistent with diabetes

This assay result is consistent with a
decreased risk
of diabetes.

Currently, no consensus exists regarding use
of
hemoglobin A1c for diagnosis of diabetes in
children.

According to American Diabetes Association
(ADA)
guidelines, hemoglobin A1c <7.0% represents
optimal
control in non-pregnant diabetic patients.
Different
metrics may apply to specific patient
populations.
Standards of Medical Care in Diabetes(ADA).
```

### TSH (Collection Date: 12/13/2019 13:17, Status: Final)

Patient: Hart, Jesse Wayne, DOB: 3/31/1985

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| TSH | 3.56 | mIU/L | | 0.40-4.50 | |

COMPREHENSIVE METABOLIC PANEL (Collection Date: 12/13/2019 13:17, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ALBUMIN | 4.6 | g/dL | | 3.6-5.1 | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | (calc) | | 1.0-2.5 | |
| ALKALINE PHOSPHATASE | 102 | U/L | | 40-115 | |
| ALT | 18 | U/L | | 9-46 | |
| AST | 23 | U/L | | 10-40 | |
| BILIRUBIN, TOTAL | 0.6 | mg/dL | | 0.2-1.2 | |
| BUN/CREATININE RATIO | 20.27 | (calc) | | 6-22 | |
| CALCIUM | 9.3 | mg/dL | | 8.6-10.3 | |
| CARBON DIOXIDE | 26 | mmol/L | | 18-30 | |
| CHLORIDE | 104 | mmol/L | | 98-110 | |
| CREATININE | 1.48 | mg/dL | H | 0.60-1.35 | |
| eGFR AFRICAN AMERICAN | 71 | mL/min/1.73m2 | | > OR = 60 | |
| eGFR NON-AFR. AMERICAN | 57 | mL/min/1.73m2 | | > OR = 60 | |
| GLOBULIN | 2.7 | g/dL (calc) | | 1.9-3.7 | |
| GLUCOSE | 77 | mg/dL | | 65-99 | Fasting reference interval |
| POTASSIUM | 4.4 | mmol/L | | 3.5-5.3 | |
| PROTEIN, TOTAL | 7.3 | g/dL | | 6.1-8.1 | |
| SODIUM | 139 | mmol/L | | 135-146 | |
| UREA NITROGEN (BUN) | 30 | mg/dL | | 7-25 | |

Patient: Hart, Jesse Wayne, DOB: 3/31/1985

 Page 1 of 2  

06/05/2019   12:12:39 PM

**Report Status: Final - Courtesy Copy**

HART, JESSE

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| HART, JESSE<br>DOB: 03/31/1985  AGE: 34<br>Gender: NG   Fasting: U<br>Phone: 720.625.1782<br>Patient ID: 25876 | Specimen: DV549855D<br>Requisition: 7368245<br><br>Collected: 06/04/2019 / 13:30 MDT<br>Received: 06/05/2019 / 01:43 MDT<br>Faxed: 06/05/2019 / 11:06 MDT | Client #: 70309032   DN99999<br>FERRER, ARTHUR F<br>HIGHLANDS RANCH FAM MED<br>537 W HIGHLANDS RANCH PKWY<br>STE<br>102<br>HIGHLANDS RANCH, CO 80129-6951 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | QDV |
| GLUCOSE | 74 | | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | | 30 | mg/dL | |
| CREATININE | | 1.39 | mg/dL | |

Age and/or gender not provided. Unable to calculate eGFR.

Reference Range
Male:   0.60-1.35
Female: 0.50-1.10
Unable to flag appropriately
due to gender not provided.

| | | | | |
|---|---|---|---|---|
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 138 | | 135-146 mmol/L | |
| POTASSIUM | 4.1 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 103 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 18-30 mmol/L | |
| CALCIUM | 9.6 | | mg/dL | |

Reference Range
Male:   8.6-10.3
Female: 8.6-10.2
Unable to flag appropriately
due to gender not provided.

| | | | | |
|---|---|---|---|---|
| TSH | 2.60 | | 0.40-4.50 mIU/L | QDV |
| CBC (INCLUDES DIFF/PLT) | | | | QDV |
| WHITE BLOOD CELL COUNT | | 13.0 H | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | | 5.35 H | 4.33-5.31 Million/uL | |
| HEMOGLOBIN | | 16.5 H | 13.7-16.3 g/dL | |
| HEMATOCRIT | 49.4 | | 41.5-49.5 % | |
| MCV | 92.3 | | 80.0-100.0 fL | |
| MCH | 30.8 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 333 | | 140-400 Thousand/uL | |
| MPV | 10.1 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | | 9321 H | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2769 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 741 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 104 | | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 65 | | 0-200 cells/uL | |
| NEUTROPHILS | 71.7 | | % | |
| LYMPHOCYTES | 21.3 | | % | |
| MONOCYTES | 5.7 | | % | |
| EOSINOPHILS | 0.8 | | % | |
| BASOPHILS | 0.5 | | % | |

**PERFORMING SITE:**
QDV   QUEST DIAGNOSTICS DENVER, 695 SOUTH BROADWAY, DENVER, CO 80209-4003 Laboratory Director: WILLIAM J. BECKER,DO,MPH, CLIA: 06D0514225

CLIENT SERVICES: 866.697.8378          SPECIMEN: DV549855D          PAGE 1 OF 2

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 Page 2 of 2      06/05/2019   12:12:39 PM   **Report Status: Final - Courtesy Copy**

**HART, JESSE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **HART, JESSE**<br><br>**DOB: 03/31/1985**   **AGE: 34**<br>Gender:  NG     Fasting: U<br>Patient ID: 25876 | Specimen:  DV549855D<br>Collected:  06/04/2019 / 13:30 MDT<br>Received:   06/05/2019 / 01:43 MDT<br>Faxed:      06/05/2019 / 11:06 MDT | Client #: 70309032<br>FERRER, ARTHUR F |

```
LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:
    WHITE BLOOD CELL COUNT              13.0 H      3.8-10.8 Thousand/uL      QDV
    RED BLOOD CELL COUNT                5.35 H      4.33-5.31 Million/uL      QDV
    HEMOGLOBIN                          16.5 H      13.7-16.3 g/dL            QDV
    ABSOLUTE NEUTROPHILS                9321 H      1500-7800 cells/uL        QDV
```