IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART.

    Defendant.

---

**SUPPLEMENT TO DEFENDANT'S MOTION FOR VARIANT SENTENCE**

---

Jesse Hart, by and through counsel Abraham V Hutt and Richard K. Kornfeld of Recht Kornfeld, P.C., submits the following supplement to his Motion for Variant Sentence:

1.    Attached to this Supplement is the Expert Report of Dr. Joshua Schwimmer, a nationally recognized kidney specialist. Also attached is Dr. Schwimmer's Curriculum Vitae. Upon reviewing the final Presentence Investigation Report and the government's filings regarding sentencing, counsel for Mr. Hart wanted to provide the court with information on the special risk to Mr. Hart of being incarcerated because of his kidney condition. As the sentencing hearing is scheduled for this coming Friday morning counsel needed to find an experienced kidney specialist (nephrologist) with comfort in the expert witness arena and were referred to Dr. Schwimmer. His very brief (13 paragraph) report clearly and specifically explains Mr. Hart's unique and dangerous risk. Mr. Hart requests that the court consider it in support of the request in document number 59, Defendant's Motion for Variant Sentence.

1

Dated this 12th day of August, 2020.

        Respectfully submitted,

        **RECHT KORNFELD, P.C.**

        *s/ Richard K. Kornfeld*
        Richard K. Kornfeld
        Abraham V Hutt
        Attorneys for Defendant Jesse Hart
        1600 Stout Street, Suite 1400
        Denver, Colorado 80202
        (303) 573-1900
        Fax: (303) 446-9400
        rick@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2020, I electronically filed the foregoing **Supplement to Defendant's Motion for Variant Sentence** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Erin Holweger*
Erin Holweger

2