# Joshua Adam Schwimmer, MD, FACP, FASN
## Nephrology, Hypertension, & General Internal Medicine

2218 Broadway #202, New York, NY 10024  •  (347) 829-5674  •  jschwimmer@gmail.com  •  www.kidney.nyc

## EMPLOYMENT

**Lenox Hill Hospital, Northwell Health Physician Partners — Nephrology at East 59th Street,** New York, NY (2014 – Present)

**Dr. Mark Gardenswartz and Dr. Joshua Schwimmer,** Mark Gardenswartz MD PLLC, New York, NY            (2004 – 2014)

**Madison Medical Group,** 110 East 59th Street, New York, NY            (2003 – 2004)

## CLINICAL, HOSPITAL & ACADEMIC APPOINTMENTS

**Teaching Faculty,** Division of Nephrology, Department of Medicine, Lenox Hill Hospital, New York, NY            (2003 – Present)

**Attending Nephrologist and Internist,** Department of Medicine, Lenox Hill Hospital, New York, NY            (2003 – Present)

**Assistant Professor of Medicine,** Donald and Barbara Zucker School of Medicine at Hofstra/Northwell            (2015 – Present)

**Attending Nephrologist,** Avantus Upper East Side Dialysis Center, New York, NY            (2019 – Present)

**Attending Nephrologist,** Upper East Side Dialysis Center, New York, NY            (2003 – Present)

**Attending Nephrologist,** AdvantageCare Physicians, New York, NY            (2005 – 2017)

**Clinical Assistant Professor of Medicine,** New York University School of Medicine, New York, NY            (2004 – 2015)

**Lecturer,** Department of Medicine, Mount Sinai School of Medicine, New York, NY            (2011 – 2014)

**Attending Physician,** Department of Medicine, Mount Sinai Medical Center, New York, NY            (2011 – 2014)

**Clinical Instructor of Medicine,** Columbia University College of Physicians & Surgeons, New York, NY            (2003 – 2009)

## EDUCATION

**Columbia University Medical Center, New York-Presbyterian Hospital,** New York, NY            (2001 – 2003)
    Nephrology Fellowship.

**University of Rochester Medical Center, Strong Memorial Hospital,** Rochester, NY            (1998 – 2001)
    Internal Medicine Residency.

**University of Rochester School of Medicine and Dentistry,** Rochester, NY            (1994 – 1998)
    M.D. (1998).

**Wesleyan University,** Middletown, CT            (1990 – 1994)
    B.A. (1994). Majors: Economics & Science in Society.

## HONORS AND AWARDS

**Fellow of the American College of Physicians**            (2005 – Present)

**Fellow of the American Society of Nephrology**            (2004 – Present)

**Clinical Fellowship Award,** Kidney and Urology Foundation of America            (2002)

**Clinical Fellowship Award,** National Kidney Foundation of New York and New Jersey                    (2001)

"**Medicine Fellow of the Year" House Staff Teaching Award,** Columbia University College of Physicians & Surgeons   (2001)

**Human Values in Health Care Award,** University of Rochester Medical Center                    (1996)

**Phi Beta Kappa,** Wesleyan University                    (1994)

**White Prize,** Department of Economics, Wesleyan University                    (1994)

## LICENSURE AND BOARD CERTIFICATION

Board Certified in Nephrology (#204654)                    (2003, Recertified 2013)

Board Certified in Internal Medicine (#204654)                    (2001, Recertified 2011)

New York State Medical License (#218008)                    (2000 – Present)

## PRESENTATIONS AND TEACHING EXPERIENCE

**Lecturer,** Nephrology Fellow Teaching Conferences, Division of Nephrology, Lenox Hill Hospital                    (2003 – Present)

**Teaching Attending,** Nephrology Consultation Service, Division of Nephrology, Lenox Hill Hospital                    (2003 – Present)

**Teaching Attending,** Nephrology Dialysis Service, Division of Nephrology, Lenox Hill Hospital                    (2003 – Present)

**Invited Lecturer,** "A 37-Year-Old Man With a Rash and Hematuria after Therapy with NSAIDS," Combined Nephrology and Rheumatology Grand Rounds, Division of Nephrology, Lenox Hill Hospital                    (2019)

**Lecturer,** CRRT and Intensive Care Unit Nephrology Rounds, Division of Nephrology, Lenox Hill Hospital                    (2003 – 2018)

**Invited Lecturer,** "The Excellent Expert Report," SEAK's 27th Annual National Expert Witness Conference                    (2018)

**Invited Lecturer,** "Acute Renal Failure and Renal Replacement Therapies," Department of Medicine, Lenox Hill Hospital                    (2004 – 2013)

**Teaching Attending,** Internal Medicine Service, Department of Medicine, Lenox Hill Hospital                    (2004 – 2013)

**Lecturer,** "Atypical Hemolytic Uremic Syndrome, Diagnosis and Therapy," Sponsored Talk by Alexion Pharmaceuticals   (2012)

**Attending Nephrologist,** Nephrology Fellow's Clinic, Department of Medicine, Lenox Hill Hospital                    (2005 – 2012)

**Invited Lecturer,** "The Urinalysis," Department of Medicine, Lenox Hill Hospital                    (2010 – 2012)

**Invited Lecturer,** "The Basics of Acid-Base Disorders," Department of Medicine, Lenox Hill Hospital                    (2005 – 2012)

**Panelist,** "Healthcare 2.0: Technology & Healthcare Service of the Future," 5th Annual Healthcare M&A and Corporate Development Conference                    (2007)

**General Medicine Conference,** "Hypertension Due to Renal Artery Stenosis from Neurofibromatosis," Department of Medicine, Lenox Hill Hospital                    (2006)

**Lecturer**, "BEACTIVE: A Comprehensive Approach to Chronic Kidney Disease," Sponsored Talk by Ortho Biotech                    (2006)

**Gastroenterology Grand Rounds,** "Renal Failure Due to Sodium Phosphate Bowel Preparations," Lenox Hill Hospital                    (2005)

**Invited Lecturer,** General Medicine Conference, "The Perils of Hyponatremia," Department of Medicine,
Lenox Hill Hospital                                                                                                    (2005)

**Invited Lecturer,** General Medicine Conference, "Atheroembolic Renal Disease," Department of Medicine,
Lenox Hill Hospital                                                                                                    (2005)

**Invited Lecturer,** "Renal Replacement Therapies for Chronic Kidney Disease," Department of Medicine,
Lenox Hill Hospital                                                                                                    (2004)

**Invited Lecturer,** Morning Report, Department of Medicine, Lenox Hill Hospital                    (2004 – 2007)

**Invited Lecturer,** General Medicine Conference, "Recognition and Treatment of Diabetic Nephropathy," Department of Medicine,
Lenox Hill Hospital                                                                                                    (2004)

**Invited Lecturer,** General Medicine Conference, "Phosphate Nephropathy," Department of Medicine,
Lenox Hill Hospital                                                                                                    (2004)

**Invited Lecturer,** General Medicine Conference, "Hemolytic Uremic Syndrome and the Thrombotic Microangiopathies,"
Department of Medicine, Lenox Hill Hospital                                                            (2003)

**Invited Lecturer,** "Continuous Renal Replacement Therapies in the ICU," Divisons of Cardiothoracic Surgery, Nephrology,
Cardiology, and Critical Care Medicine, Lenox Hill Hospital                                    (2003 – 2005)

**Invited Lecturer,** "The Nephrotic Syndrome," Department of Medicine, St. Vincent's Medical Center, Bridgeport, CT    (2003)

**Clinicopathologic Conference Leader for Medical Students,** Columbia University College of Physicians & Surgeons    (2003)

**Invited Lecturer,** Morning Report, Dept. of Medicine, Columbia University College of Physicians & Surgeons    (2002 – 2004)

**Invited Lecturer,** Chief of Service Rounds, Department of Medicine, Harlem Hospital Center    (2002 – 2003)

**Lecturer,** Monthly Urinalysis Workshop for Medicine Residents, Columbia University
College of Physicians & Surgeons                                                                              (2002 – 2003)

# COMMITTEE APPOINTMENTS AND ACADEMIC ACTIVITIES

**Medicine and Law Committee,** Zucker School of Medicine at Hofstra/Northwell    (2018 – Present)

**Evaluator,** National Medical-Legal Trial Competition, Maurice A. Dean School of Law at at Hofstra University    (2018, 2019)

**Medicine Service Line Information Technologies Committee,** Northwell Health    (2018 – Present)

**Physician Advisory Group,** Northwell Health    (2016 – Present)

**Medical Advisory Committee,** Healthy Transitions Program for Kidney Disease, Northwell Health    (2015 – 2017)

**Nephrology Boards Question Reviewer,** American Board of Internal Medicine    (2005 – 2008)

**Continuous Renal Replacement Therapy Subcommittee,** Columbia University Medical Center    (2002 – 2003)

**Chief Editor,** *Intern Survival Guide*, Department of Medicine, University of Rochester Medical Center    (1999 – 2001)

**Student Fellow in Experimental Therapeutics,** Department of Neurology, Univ. of Rochester Medical Center    (1995 – 1996)

**Project Healthcare,** Department of Emergency Medicine, Bellevue Hospital Center, New York, NY    (1993)

**Senior Academic Computing Consultant,** Wesleyan University    (1991 – 1994)

## CONSULTING AND INDUSTRY RELATIONSHIPS

**Advisory Consultant,** Pharmacy and Therapeutics Committee, OptumRx                    (2020 - Present)

**Beta Tester,** Butterfly Network, Inc.                    (2019 – Present)

**Medical Advisory Board Member and Consultant,** Doximity                    (2012 – Present)

**Medical Expert Witness**                    (2006 – Present)

**Independent Consultant and Council Member,** Gerson Lehrman Group                    (2005 – Present)

**Consultant and Mentor,** Rock Health                    (2012 – 2015)

**Director of Photography,** "Midnight Madness" Charity Event (raised $5 million for Good Shepherd Services)                    (2013, 2015)

**Advisor,** Rimedio                    (2013)

**Beta Tester,** MphRX                    (2013 – 2014)

**Consultant and Speaker,** Alexion Pharmaceuticals                    (2012 – 2014)

**Consultant,** Ridgetop Research                    (2012 – 2014)

**Consultant and Speaker,** Ortho Biotech                    (2006 – 2008)

**Consultant and Blogger,** Healthline                    (2007 – 2008)

**Consultant,** Amgen                    (2004)

## PUBLICATIONS

**Peer-Reviewed Papers**

Chadha J, Sahai T, Schwimmer J, Shani D. A 30-year-old carrier of Gaucher disease with multiple myeloma. *Case Reports in Oncological Medicine* (2019).

Altschul E, Grossman C, Dougherty R, Gaikwad R, Nguyen V, Schwimmer J, Merker E, Mandel S. Lithium toxicity: a review of pathophysiology, treatment, and prognosis. *Practical Neurology* (2016).

Mavani G, Kesar V, DeVita MV, Rosenstock JL, Michelis MF, Schwimmer JA. Neurofibromatosis type 1-associated hypertension secondary to coarctation of the thoracic aorta. *Clinical Kidney Journal* (2014).

Grover, V, Gaiki, MR, DeVita MV, Schwimmer JA. Cytomegalovirus-induced collapsing focal segmental glomerulosclerosis. *Clinical Kidney Journal* (2012).

Herlitz, LC, Markowitz GS, Farris, AB, Schwimmer JA, Stokes, MB, Kunus C, Colvin, RB, D'Agati, VD. Development of focal segmental glomerulosclerosis after anabolic steroid abuse. *Journal of the American Society of Nephrology* (2009).

Preddie DC, Markowitz GS, Radhakrishnan J, Nickolas TL, D'Agati VD, Schwimmer JA, Gardenswartz M, Rosen R, Appel GB. Mycophenolate mofetil for the treatment of interstitial nephritis. *Clinical Journal of the American Society of Nephrology* (2006) 1:718-722.

Dempster DW, Rosenstock JL, Schwimmer JA, Panagopoulos G, DeVita MV, Michelis MF. Underutilization of aspirin in hemodialysis patients for primary and secondary prevention of cardiovascular disease. *Clinical Nephrology* (2005) 5:371-377.

Spiegel PJ, Michelis MF, Panagopoulos G, DeVita MV, Schwimmer JA. Reducing hospital utilization by hemodialysis patients. *Dialysis & Transplantation* (2005) 34:128-137.

<u>Schwimmer JA</u>, Markowitz GS, Valeri AM, Imbriano LJ, Alvis R, D'Agati VD. Secondary focal segmental glomerulosclerosis in non-obese patients with increased muscle mass. *Clinical Nephrology* (2003) 4:233-241.

Markowitz GS, <u>Schwimmer JA</u>, Stokes MB, Nasr S, Seigle RL, Valeri AM, D'Agati VD. C1q nephropathy: A variant of focal segmental glomerulosclerosis. *Kidney International* (2003) 64:1232-40.

<u>Schwimmer J</u>, Nadasdy T, Spitalnik P, Kaplan K, Zand M. De novo thrombotic microangiopathy in renal transplant recipients: a comparison of hemolytic uremic syndrome with localized renal thrombotic microangiopathy. *American Journal of Kidney Diseases* (2003) 41:471-479.

Tsukaguchi H, Sudhakar A, Cam Le T, Nguyen T, Yao J, <u>Schwimmer JA</u>, Poch E, Abreu PF, Appel G, Pereira AB, Kalluri R, Pollak M. NPHS2 mutations in late onset focal segmental glomerulosclerosis: R229Q is a common disease-associated allele. *The Journal of Clinical Investigation* (2002) 110:1659-1666.

Schifitto G, McDermott MP, Evans T, Fitzgerald T, <u>Schwimmer J</u>, Demeter L, Kieburtz K. Autonomic performance and dehydroepiandrosterone sulfate levels in HIV-1-infected individuals: relationship to TH1 and TH2 cytokine profile. *Archives of Neurology* (2000) 57:1027-1032.

<u>Schwimmer JA</u>. The zebra sign: Lhermitte-Duclos disease. *Journal of the University of Rochester Medical Center* (1997) 9:9-10.

<u>Schwimmer JA</u>. The unknown etiology. *Journal of the University of Rochester Medical Center* (1997) 9:5-8.

## Invited Reviews

<u>Schwimmer JA</u>, Markowitz G, Valeri A, Appel G. Collapsing glomerulopathy. *Seminars in Nephrology* (2003) 23:209-218.

<u>Schwimmer JA</u>, Zand M. Management of diabetes mellitus after solid organ transplantation. *Graft* (2001) 4:256-265.

## Book Chapters

<u>Schwimmer J</u>, Joseph R, Appel G. Amyloid, fibrillary, and other glomerular deposition diseases. In: Brady HR, Wilcox CS, eds: *Therapy in Nephrology and Hypertension: A Companion to Brenner's the Kidney*, 2nd ed (2003) 253-260.

## Selected Online Publications

<u>Schwimmer J</u>. Creator and Webmaster, *Nephrogram.com* (2015 – Present).

Brande V. Nephrologists using social media connect with far-flung colleagues, health care consumers. *Nephrology Times* (2010) January.

<u>Schwimmer J</u>. Editor, *Medgadget.com* (2007 – 2009).

Genes N. "The Efficient MD" offers practice tips and tools [interview]. *Medscape* (2007) August.

Letter from the Founders [featured physician]. *Google Annual Report* (2007).

<u>Schwimmer J</u>. Tech Medicine. *Healthline.com* (2007 – 2009).

Genes N. "KidneyNotes" filters medical news for readers' entertainment [interview]. *Medscape* (2006) June.

Giustini D. Dr. Joshua Schwimmer from KidneyNotes.com [interview on searching the medical literature]. *UBC Academic Search - Google Scholar Blog* (2006) April.

<u>Schwimmer J</u>. Basic blogging: an introduction to medical blogs for the renal community. *iKidney.com* (2005) October.

**Abstracts**

Khine S, <u>Schwimmer JA</u>. Renal-Limited "Lupus-Like" Glomerulonephritis Associated with High Titer Rheumatoid Factor. *American Journal of Kidney Diseases* (2019) 73:5. Abstract and Poster Presentation at the National Kidney Foundation 2019 Spring Clinical Meetings.

Selzer D, Eldridge JB, Patel S, <u>Schwimmer JA</u>, Rosenstock, JL. Spurious High Anion Gap Acidosis Associated with Monoclonal Gammopathy. *Journal of the American Society of Nephrology* (2016) 27:1011A. Abstract at the 2016 ASN Annual Meeting.

Win S, Mavani GP, <u>Schwimmer, JA</u>. Acute Interstitial Nephritis Associated with Probiotic Use. *Journal of the American Society of Nephrology* (2015) 26:986A. Abstract at the 2015 ASN Annual Meeting.

Sultana T, <u>Schwimmer JA</u>. An Uncommon Presentation of a Rare Disease: Mesangial Proliferative Glomerulonephritis with Monoclonal IgG Deposits ("Nasr Disease") in a Young Woman. Abstract and poster presentation at the 2014 ASN Annual Meeting.

Gaiki M, <u>Schwimmer JA</u>. Cytomegalovirus-induced collapsing focal segmental glomerulosclerosis. Abstract and poster presentation at the 2010 ACP Tristate Meeting.

Herlitz L, Markowitz GS, Farris AB, <u>Schwimmer JA</u>, Stokes MB, Kunis C, Colvin CB, D'Agati VD. Development of FSGS following anabolic steroid use in bodybuilders. *Journal of the American Society of Nephrology* (2009) 20:147A. Abstract and poster presentation at the 2010 ASN Annual Meeting.

Dimov V, Fares WH, <u>Schwimmer J</u>, Randhawa S, Kumar A, Aneja A, Koch JM, Christie R. The blog web site: a new educational tool for cardiology. *Journal of the American College of Cardiology (2007)*, 49:275A. Abstract and poster presentation at the ACC 56th Annual Scientific Session.

Dimov V, <u>Schwimmer J</u>, Randhawa S. Assessment of a blog as a medium for nephrology education. *Journal of the American Society of Nephrology* (2006) 17:806A. Abstract and poster presentation at the 2006 ASN Annual Meeting.

Dimov V, Randhawa S, Kumar A, <u>Schwimmer J</u>, Badov M, Jaffer A. Blog web site as a new educational and promotional medium in perioperative medicine. *Cleveland Clinic Journal of Medicine* (2006) 73:S25.

Alcarez K, Metzger B, <u>Schwimmer J</u>. Nephrocalcinosis from sodium phosphate bowel preparation for colonoscopy. *American Journal of Kidney Diseases* (2005) 45:A17. Abstract and poster presentation at the 2005 NKF Clinical Meetings.

Preddie DC, Nickolas TL, <u>Schwimmer J</u>, Gardenswartz M, Radhakrishnan J, Appel GB, Markowitz G, D'Agati V, Stokes MB. Use of mycophenolate mofetil in steroid intolerant or refractory acute interstitial nephritis. *Journal of the American Society of Nephrology* (2004) 15:120A. Abstract and poster presentation at the 2004 ASN Annual Meeting.

<u>Schwimmer JA</u>, Radhakrishnan J, Appel GB. Treatment of collapsing glomerulopathy. *Journal of the American Society of Nephrology* (2003) 14:527A. Abstract and poster presentation at the 2003 ASN Annual Meeting.

McCarthy TE, <u>Schwimmer JA</u>, Sharma M, Savin VJ, Appel G. A high level of permeability activity is present in sera of patients with collapsing glomerulopathy. *Journal of the American Society of Nephrology* (2003) 14:283A. Abstract and poster presentation at the 2003 ASN Annual Meeting.

Valeri A, Markowitz GS, <u>Schwimmer JA</u>, Stokes B, Nasr S, Seigle RL, D'Agati VD. Clinico-pathologic features of C1q nephropathy: a variant of focal segmental glomerulosclerosis. *Journal of the American Society of Nephrology* (2003) 14:286A. Abstract and poster presentation at the 2003 ASN Annual Meeting.

McCarthy E, <u>Schwimmer J</u>, Sharma M, Savin V, Appel G. Permeability activity is present in sera from patients with collapsing glomerulopathy. *Nephrology Dialysis Transplantation* (2003) 18:67. Abstract and poster presentation at the 2003 World Congress of Nephrology.

<u>Schwimmer J</u>, Nguyen T, Radhakrishnan J, Pollak M, Appel G. Examination of NPHS2 in adults with focal segmental glomerulosclerosis. *Journal of the American Society of Nephrology* (2002) 13:131A. Abstract and poster presentation at the 2002 ASN Annual Meeting.

<u>Schwimmer JA</u>, Nadasdy T, Kaplan KL, Zand M. De novo thrombotic microangiopathy (TMA) in renal transplant recipients: a comparison of hemolytic uremic syndrome with TMA localized to the allograft. *Journal of the American Society of Nephrology* (2000) 11:725A. Abstract and poster presentation at the 2000 ASN Annual Meeting.

Schifitto G, <u>Schwimmer JA</u>, Zimmerman C, Hickey C, Kieburtz K. Autonomic dysfunction and distal sensory neuropathy in HIV infection: role of macrophage activation. *Clinical Autonomic Research* (1996) 6:283.

05Jun20