IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART.

    Defendant.

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER "LEVEL 1" RESTRICTION

Jesse Hart, by and through counsel, Richard K. Kornfeld and Abraham V Hutt of Recht Kornfeld, P.C., respectfully requests leave of this Court to assign "Level 1" restricted access to ECF Document No. 65 and its exhibits, and in support of the request states as follows:

1. Mr. Hart is set for sentencing on August 14, 2020. Counsel filed a Motion for Variant Sentence for Mr. Hart on July 31, 2020 (Doc. 59). On August 12, 2020, counsel filed the Supplement to Defendant's Motion for Variant Sentence (Doc. 65). Attached to the Supplement are a report by nationally recognized kidney specialist Dr. Joshua Schwimmer, which contains his professional evaluation and findings related to Mr. Hart's health condition, as well as a copy of Dr. Schwimmer's curriculum vitae (CV).

2. Counsel respectfully requests leave of this Court to assign "Level 1" restricted access to the Supplement to Defendant's Motion for Variant Sentence and to its two exhibits.

3. Dr. Schwimmer's report contains confidential health information related to Mr. Hart's medical history and blood test results, which is protected by HIPAA. Dr. Schwimmer gleaned this information by reviewing Mr. Hart's medical records.

4. The interest to be protected by assigning Level 1 restricted access to the Supplement to Defendant's Motion for Variant Sentence and its exhibits is that of ensuring the privacy and confidentiality of the privileged health information contained in Dr. Schwimmer's report, without the general public being privy to that information. Members of the public are not inherently afforded the right to have knowledge of a Defendant's confidential health information.

5. There is no practicable alternative other than assigning Level 1 restriction to Doc. 65 and its exhibits which will accomplish the interest outlined above. Further, Counsel believes that Level 1 restriction is the lowest level of restriction which will adequately address the serious interest of protecting the confidential health information in Dr. Schwimmer's report from public access, while at the same time allowing this Court, the United States Attorney's Office, and the Probation Department to review the Supplement to Defendant's Motion for Variant Sentence and its attachments.

WHEREFORE, counsel respectfully requests leave of this Court to restrict access to the Supplement to Defendant's Motion for Variant Sentence and exhibits (Doc. 65) by assigning the document and its attachments Level 1 restriction.

Dated this 12th day of August, 2020.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Richard K. Kornfeld*
Richard K. Kornfeld
Abraham V Hutt
Attorneys for Defendant Jesse Hart
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
rick@rklawpc.com, abe@rklawpc.com

## CERTIFICATE OF SERVICE

   I hereby certify that on this 12th day of August, 2020, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE DOCUMENT UNDER "LEVEL 1" RESTRICTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Holweger*
Erin Holweger