# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART.

    Defendant.

## DEFENDANT'S DOCUMENTATION REGARDING EMPLOYMENT AND COUNSELING

    Jesse Hart, by and through counsel, Richard K. Kornfeld and Abraham V Hutt of Recht Kornfeld, P.C., respectfully provides the Court with three very short letters from Foundation Cycles, Stout Street Health Center, and Quality Electric corroborating previously provided information regarding his employment, counseling and career opportunity (attached hereto as Exhibits A, B, and C).

    Dated this 13th day of August, 2020.

    Respectfully submitted,

    **RECHT KORNFELD, P.C.**

    *s/ Richard K. Kornfeld*
    Richard K. Kornfeld
    Abraham V Hutt
    Attorneys for Defendant Jesse Hart
    1600 Stout Street, Suite 1400
    Denver, Colorado 80202
    (303) 573-1900
    Fax: (303) 446-9400
    rick@rklawpc.com
    abe@rklawpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of August, 2020, I electronically filed the foregoing **Defendant's Documentation Regarding Employment and Counseling** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the Court and the United States Attorney's Office.

*s/ Erin Holweger*
Erin Holweger