

# FOUNDATION CYCLES
DENVER CO

Jesse has been employed with us here at Foundation Cycles for about a year now and has really been an integral part of our team. He is always on time for his shifts, does not show up intoxicated, and has been an extremely reliable employee in his duties and in general. Jesse has gained a lot of knowledge and skills in the bike industry since working here at our bike shop. He was slow to warm up into a retail environment but has overcome a lot of personal challenges to become proficient. His duties here include a wide range of tasks and he has really been the glue that keeps the shop together.

From inventory management to managing the shipping department to helping customers on the sales floor, Jesse has shown he is extremely capable in a wide range of duties and we feel lucky to have him on our team. Jesse's work has always been completed thoroughly and his reliability has been one of his strongest attributes. I have noticed other employees that like to take shortcuts in their job but Jesse is not one of them, I can always count on him to do the task correctly and accurately. I am hoping we do not have to lose him as he has truly become an integral part of the team but if so he will always have an open offer of employment with us.

_____
Chris Clark
chris@foundationcycles.com
Owner/Manager

Foundation Cycles
2140 S. Delaware Street
Suite 105
Denver, CO 80223
303-284-5849

Exhibit A