

August 7, 2020

Re:        Jesse Hart
DOB:       03/31/1985
Age:       35 years
Gender:    Male

To whom it may concern,

Jesse Hart has been an ongoing patient of mine and Anne Onstott, PMHNP since September 19th, 2019. During that time, Jesse has made significant improvements in both his mood disorder and his substance use. Jesse continues to work hard on relapse prevention, and understanding the reasons that led him to use in the past. Jesse has also made significant strides with his social anxiety through working in his retail job, having a routine, and getting more comfortable with his team and customers at work. Jesse continues to benefit and prioritize his personal and professional growth, being able to exercise near his home and ride his bike to/from work, and practice his mood regulation skills at work. I recommend all due consideration be given to Jesse based on his progress in working with us at Stout Street Health Center, he has put in the work and it shows.

Sincerely,


*Provider:*
 Winchester, Jake  08/07/2020 10:02 AM

Document generated by:  **Jake Winchester  08/07/2020**


*[Signature: Jake Winchester, MA, LPC, LAC
Behavioral Health Provider II]*

SSC Integrated Health
2130 Stout Street
Denver CO, 80205-2526
ph  (303)293-2220
fax (303)293-3977

Exhibit B