

Your Honor**,**

    I would like to begin by thanking you for taking the time to read this letter regarding Jesse Hart and his future role in the company that I, Lucas Noble, own and operate. In June of 2018 I obtained my masters electrical license and began my own company, Quality Electric Colorado. As a first time business owner, I will benefit from the skilled assistance that Mr. Hart can offer me during the infant stages of my business. His experience in construction, project management, and his B.S. in Construction Management and Engineering can all be invaluable contributions to the adaptation of my business theory, model, and practices.

    When asked what some of the challenges of creating and growing a company are, most business professionals would state recruiting adept employees somewhere in their list. It is part of my philosophy to seek input from others in coordination and teamwork dynamics to achieve the best work for our high end clientele. This is a strong suit of Mr. Hart's. With experience planning, coordinating, and managing a RTD light rail project installing track from Golden to Union Station on the W Line, he will be an effective part of my team by helping to lead a crew of my employees. Because of his breadth of knowledge in project management such as planning, implementing, conflict mediation, quality control, and capabilities using software programs he has proven to be highly adaptable between different projects and client necessities.

    Because Quality Electric Colorado is still a young company in the early growth stages, it is vital to the company's success to attain skilled employees such as Jesse Hart .  His proven abilities in assisting in managing will allow me more time to focus some of my efforts towards ensuring work for my employees as well as tailoring work schedules and building benefits packages. In order to keep growing, it is essential that I be able to delegate work to employees; Mr. Hart has proven himself to be more than capable of carrying out the duties of Foreman or Quality Control Manager. Upon completion of his incarceration or beginning of home detention in lieu, Mr. Hart has an offer of employment and company paid education to begin the process towards becoming a licensed Electrician.  Please consider the health of my company in these uncertain times, and the effort Mr. Hart can assert in maintaining its prosperity.

Sincerely,

Lucas Noble

Exhibit C