IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00369-PAB | Date:  August 14, 2020 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |
| Probation Officer:    Gary Kruck | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  JESSE WAYNE HART, | Richard Kornfeld |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING VIA VIDEO CONFERENCE**

**9:02 a.m.     Court in session.**

Appearances of counsel by VTC.  Defendant present on bond by VTC.

Discussion and argument regarding pending motions, sentencing guidelines range, and continuing the sentencing hearing.

**ORDERED:  Sentencing is continued to February 5, 2021 at 9:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.**

**ORDERED:  Defendant's bond is continued.**

**9:22 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:    00:20