IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESSE WAYNE HART,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the defendant's Motion for Leave to File Document Under "Level 1" Restriction [Docket No. 66]. No objections have been filed under D.C.COLO.LCrR 47.1. Defendant seeks to place his supplemental brief to defendant's motion for variant sentence and exhibits under restriction to "ensur[e] the privacy and confidentiality" of health information. Docket No. 66 at 2. The supplemental brief to defendant's motion for variant sentence does not contain private or sensitive information. The defendant's decision to base a motion for variant sentence on a medical condition does not automatically have the effect of denying the public access to the motion. Rather, to justify restriction, defendant must discuss the factors identified in D.C.COLO.LCrR 47.1(c), which he fails to do. Defendant also fails to justify or explain why Exhibit 2, which is an expert CV, should be placed under restriction. Exhibit 1, however, is an expert report which recounts information in medical records in enough detail to justify restriction. Wherefore, it is

**ORDERED** that defendant's Motion for Leave to File Document Under "Level 1" Restriction [Docket No. 66] is granted in part and denied in part. It is further

**ORDERED** that Exhibit 1 to Docket No. 65 shall be restricted under Level One Restriction until further order of this Court. It is further

**ORDERED** that the restrictions on Docket No. 65 and Exhibit 2 to Docket No. 65 shall be removed.

DATED August 18, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge