IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE WAYNE HART.

    Defendant.

## SECOND SUPPLEMENT TO DEFENDANT'S MOTION FOR VARIANT SENTENCE

    Jesse Hart, Richard K. Kornfeld and Abraham V Hutt of Recht Kornfeld, P.C., request this Court to accept this Second Supplement to his Motion for Variant Sentence, ECF Document #59 on the following grounds:

    1.    Mr. Hart wishes to update the Court with regard to several matters discussed when his sentencing hearing was continued from August 14, 2020 to February 5, 2021.

    2.    Mr. Hart's physicians have advised him that his status as a kidney donor with only one remaining kidney continues to put him at a very high risk of death or serious illness if he contracts Covid-19. Nothing in the development of vaccinations or treatments for the disease in the course of the last 6 months has mitigated that extraordinary risk for Mr. Hart.

    3.    During the 6 months since the case was continued Mr. Hart has not placed his life on hold but instead has built on the very positive changes that he already undertaken. Specifically, since last August he sought out and found employment in the career of construction project management that he had previously abandoned because of the mental health disorders that led to

his drug addiction and to this offense. The extraordinary improvement in those disorders described by his therapist in ECF Document 72-1, Second Addendum to the Presentence Report, and his now lengthy sobriety, have made it possible for him resume that work instead of continuing in the bicycle mechanic's job he had been doing. Despite the numerous triggers to his intense social anxiety which project management presents, Mr. Hart took the opportunity to resume his career when it arose. He recognized that doing so, while facing the possibility of a prison sentence, risked yet another setback to his career if he is sentenced to prison. Clearly, restarting his career again only to have to leave this job to go to prison, will make it even more difficult to find work in that field once he comes out. Instead of waiting until after his sentence to better himself, however, Mr. Hart decided that taking the opportunity now was the better decision for his life and would also demonstrate to the Court his intense commitment to rehabilitation, self-improvement and pro-social behavior.

4. Mr. Hart has also entered into a serious long-term relationship with his girlfriend since last August. A letter to the Court from Ms. Sara Gaines is attached to this Supplement as Exhibit A. It describes very clearly the change in Mr. Hart, the person he has become and how honest he has been about his past. Mr. Hart's mental health conditions and self-medicating substance abuse had made it extremely difficult for him to maintain any committed relationship previously. That has clearly changed. Like the decision regarding his career, Mr. Hart overcame the knowledge that his pain and loss would be even greater if he committed to this relationship now only to have interrupt it to go to prison.

5. The Covid pandemic has clearly made the course of Mr. Hart's court case very different than it otherwise would have been. The pandemic and the decision Mr. Hart made years ago to donate a kidney to his sister caused to the Court to consider alternatives in the case that it

would not otherwise have considered. Mr. Hart is extremely grateful for the time and opportunity that has provided him to do very hard work on himself. Ironically, that work and all of the other circumstances, combined with the choices Mr. Hart has made to improve his life while awaiting sentencing, mean that he has a great deal more to lose as a result of a prison sentence than when the case began. He is very hopeful that the Court will grant him the variant sentence he has requested and allow him to serve his time on strict in-home detention and probation, rather than in prison. If the Court is inclined to do so Mr. Hart is prepared to be sentenced. If the Court is not so inclined, Mr. Hart's heightened risk of grave illness because of his single kidney will cause him to seek a delay of his sentence.

Dated this 2nd day of February, 2021.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*s/ Abraham V Hutt*
Richard K. Kornfeld
Abraham V Hutt
Attorneys for Defendant Jesse Hart
1600 Stout Street, Suite 1400
Denver, Colorado 80202
(303) 573-1900
Fax: (303) 446-9400
abe@rklawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2021, I electronically filed the foregoing **Defendant's Motion for Variant Sentence** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ Leni Charles*
Legal Assistant