Hon. Judge Brimmer
District Court
Denver, CO

Your Honor,

 First, I want to thank you. Thank you for all that you do in your professional role and for taking the time to read this letter on behalf of Jesse W. Hart. My name is Sara Gaines and my profession is skydiving instructor and videographer. I met Jesse and became involved with him in May of 2020. As we got to know one another better he told me all about what his lifestyle was like several years ago including about how he was making and selling drugs. He has spoken to me about all the consequences of that behavior, including the legal consequences. The Jesse Hart I know is clearly a much changed one from who he was before and I hope my knowledge of the gentle, altruistic human that I have come to know and love will help complete the portrait that you have of him.

 The Jesse I know is up at 5am everyday, working weekdays and weekends for a job he is proud and grateful to have. It is a job that is not at all easy for him because of the very intense social anxiety he has.  I have heard him describe how that anxiety makes "little" things like making phone calls to people he does not know feel like jumping off a cliff.  He has described how he would not have been able to do that before and how it takes using the skills he has learned in therapy to even make it possible. Doing this job though makes him feel like he can use his trustworthiness, education and intellect in a way that provides public service and is essential to our communities and economy. He is constantly pursuing improvement through classes and regular counseling.

 The Jesse that I know has a mother that gets tears in her eyes as she tells the story of him without second thought, donating a kidney to Amanda, his younger sister who was fatally ill at the time. Even with the poor health effects it has cast on him, he would repeat it to save her life all over again. Selfless is an understatement for Jesse. Lacking the courage to do the right thing is something that the Jesse I know will never be accused of.  Hearing him describe how he lived when he was dealing drugs I know that he very much lacked the courage to do the right thing then; but

it is clear that he has developed the courage to face the intense social anxiety that a real career requires.  It is clear to me that it has not been easy for Jesse to develop or exercise that courage and having come at such a high price he is determined never to give it up.

 My line of work is centered around passion and courage. Jesse uses those attributes more fiercely than anyone I have ever met when it comes to turning his life around and proving his civil worthiness. It is inspiring to see such unyielding perseverance towards personal growth and rewriting ones future.

 My fear is that the gentle, humbled, hardworking man that I love will become a statistic instead of a success story. I also fear that his selflessness in donating a kidney could lead him to a terrible health consequence because of the sentence he has to serve. I am also very fearful that even if Jesse physically survived a prison sentence that the amazing gains he has made in making himself a better person would not survive.  It is hard to imagine that what a person has to do and become to survive in prison can do anything but detract from the progress Jesse has made.  I know that there are ways that what Jesse did makes him deserve prison, but I believe that what he has done in the last couple of years to make himself better, and the danger that prison will pose for him mean that he deserves a break and not to go to prison.

 I feel blessed to have Jesse and his family in my life.  He is as dedicated and considerate a human as I have ever met. The truth is that he is a good and decent man now who has worked very, very hard to become that way, and I know if given the opportunity he will continue to prove himself to be worthy of the chance you have given him. His desire for change is great and his gratefulness for the changes that he has achieved are intense. I beg you to please consider giving him the chance to continue to prove that he is deserving of the break that not going to prison would be. I am very grateful to you for considering what I have to say. Thank you very much.

Respectfully,

Sara Gaines