IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00369-PAB | Date: February 5, 2021 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |
| Probation Officer: Gary Kruck | |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,                    Andrea Surratt

    Plaintiff,

v.

1.  JESSE WAYNE HART,                         Abraham Hutt
                                                                                                         Richard Kornfeld

    Defendant.

## COURTROOM MINUTES

**SENTENCING VIA VIDEO TELECONFERENCE**

**9:02 a.m.     Court in session.**

Appearances of counsel by VTC.  Defendant present on bond by VTC.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Hart.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:**   Defendant shall be imprisoned for 37 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Defendant shall forfeit any interest in property, as stated on record, to the United States.

Defendant advised of right to appeal.

**ORDERED:**   Defendant's Motion for a Variant Sentence [59] is GRANTED IN PART.

**ORDERED:**   Government's Motion for a Variant Sentence [60] is GRANTED.

**ORDERED:**   Government's Rule 48 Motion to Dismiss Counts as to Defendant Jesse Wayne Hart [63] is GRANTED.  Counts 2 and 3 of the Indictment are dismissed as to Jesse Wayne Hart only.

**ORDERED:**   Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) [64] is GRANTED.

Court recommends that the Bureau of Prisons place the defendant at a facility that is appropriate to his security classification within the State of Colorado and that has the RDAP program.

Discussion regarding self-surrender.

**ORDERED:**   Defendant is directed to surrender to the institution designated by the Bureau of Prisons.  The Bureau of Prisons shall designate an institution in August 2021.

**ORDERED:**   Defendant's bond is continued.

**10:06 a.m.**   Court in recess.

Hearing concluded.
Total in-court time:   1:04