IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JESSE WAYNE HART,

    Defendant.

_____

### ORDER
_____

This matter is before the Court on the Government's Rule 48 Motion to Dismiss Counts as to Defendant Jesse Wayne Hart [Docket No. 63].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Government's Rule 48 Motion to Dismiss Counts as to Defendant Jesse Wayne Hart [Docket No. 63] is granted.  It is further

**ORDERED** that Counts 2 and 3 of the indictment are dismissed.

DATED February 5, 2021.

                       BY THE COURT:

                       PHILIP A. BRIMMER
                       Chief United States District Judge