**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESSE WAYNE HART,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       It is ORDERED that the defendant, Jesse Wayne Hart, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden at Florence Medium SCP, located in Florence, CO, before 12:00 p.m. on Tuesday, August 03, 2021, and will travel at his own expense.

       DATED at Denver, Colorado, this 10th day of February, 2021.

BY THE COURT:

_____
Philip A. Brimmer
Chief United States District Judge