IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JESSE WAYNE HART,

        Defendant.

_____

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
_____

COMES NOW the United States of America ("United States"), by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Elizabeth Young, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2. In support thereof, the United States submits the following:

    1.     In the Indictment as to defendant Jesse Wayne Hart, the United States sought forfeiture pursuant to 21 U.S.C. § 853 of all of the defendant's right, title, and interest in any and all property, real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violations alleged in Counts One and Two, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two. The United States also sought forfeiture pursuant to 18 U.S.C. § 982(a)(1), of all property, real or personal, involved in the offense alleged in Count Three.  (Doc. 20 at 2-3).

2. On May 4, 2020, defendant Jesse Wayne Hart entered into a plea agreement with the United States (Doc. 50) in which the defendant agreed to forfeit to the United States the following property:

    a. A 2011 white BMW bearing VIN WBAKG1C51BE617492; and

    b. A dark gray Trek road bicycle seized by the United States Postal Inspection Service ("USPIS") on August 1, 2019, and

    c. A pill press and associated parts seized by Homeland Security Investigations on January 27 and 29, 2019.[1]

(Doc. 50 at 2-3).

3. Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on July 17, 2020, forfeiting to the United States any and all of defendant Jesse Wayne Hart's right, title, and interest in the 2011 BMW and the Trek road bicycle. (Doc. 58 at 2).

4. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture. (Doc. 58 at 2).

5. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding." Accordingly, on February 25, 2021, the United States sent the Notice of Preliminary Order of Forfeiture to Cynthia Hart, the only potentially interested party known to the United States. (Doc. 79 at 4). Pursuant to 21 U.S.C. § 853(n)(2), the deadline for Ms. Hart to

---

[1] The United States is not seeking a criminal order forfeiture for the pill press. United States Customs and Border Protection, the agency that handles the administrative forfeiture of assets seized by Homeland Security Investigations, has administratively forfeited the pill press.

file a petition challenging the forfeiture of the 2011 BMW and the Trek road bicycle was March 31, 2021.

  6. In addition, the United States published notice of the forfeiture via an official government internet website for thirty consecutive days, from July 21, 2020 through August 19, 2020, consistent with Fed. R. Crim. P. 32.2(b)(6)(C). Pursuant to 21 U.S.C. § 853(n)(2), the deadline for any interested party who received notice of the forfeiture through the website to file a claim in this action asserting an interest in the 2011 BMW and the Trek road bicycle was September 18, 2020.

  7. No Petition for Ancillary Hearing has been filed by any interested party and the deadline to do so has elapsed.

  WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2.

  DATED this 7th day of April 2021.

          Respectfully submitted,

         MATTHEW T. KIRSCH
         Acting United States Attorney

    By: s/ *Elizabeth Young*
      Elizabeth Young
      Assistant United States Attorney
      1801 California Street, Ste. 1600
      Denver, Colorado 80202
      Telephone (303) 454-0100
      E-mail: Elizabeth.Young2@usdoj.gov
      *Attorney for Plaintiff*

4

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of April 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                s/ *Jasmine Zachariah*
                                FSA Federal Data Analyst
                                Office of the U.S. Attorney