IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JESSE WAYNE HART,

       Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on August 20, 2019;

THAT a Preliminary Order of Forfeiture as to defendant Jesse Wayne Hart was entered on July 17, 2020;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any third party to file a petition has elapsed;

THAT no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the (a) 2011 white BMW bearing VIN WBAKG1C51BE617492 and (b) the dark gray Trek road bicycle, shall enter in favor of the United States pursuant to 21 U.S.C. § 853 free from the claims of any other party; and

THAT the United States shall have full and legal title to the (a) 2011 white BMW bearing VIN WBAKG1C51BE617492 and (b) the dark gray Trek road bicycle, and may dispose of them in accordance with law.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge