IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00369-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JESSE WAYNE HART,

        Defendant.

## FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 80]. The Court finds as follows:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853 as set forth in the indictment;

THAT a Preliminary Order of Forfeiture was entered as to defendant Jesse Wayne Hart on July 17, 2020;

THAT all known interested parties were provided an opportunity to respond and that publication has been effectuated as required by 21 U.S.C. § 853(n);

THAT no Petition for Ancillary Hearing has been filed and the time for doing so has expired; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

2

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property:

    a. 2011 white BMW, VIN: WBAKG1C51BE617492, and

    b. A dark gray Trek road bicycle,

shall enter in favor of the United States pursuant to 21 U.S.C. § 853 free from the claims of any other party; and

THAT the United States shall have full and legal title to the above-listed assets and may dispose of them in accordance with law.

DATED April 7, 2021.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge