PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

[✓] **Original Notice**
Date: 08/13/2019
By: C. Madrid

[X] **Notice of Disposition**
Date: 2/5/2021
By: s/ S. Grimm

Defendant: Jesse Wayne Hart
Date of Birth: ▮▮/1985
SSN:

Case Number: 19-mj-00166-NRN-1
Place of Birth: Colorado

**Notice of Court Order** (Order Date: 08/12/2019 )

[✓] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[✓] The above-named defendant surrendered passport number 52657915 and/or passport card number _____ to the custody of the U.S. District Court on 08/13/2019.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court