**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

19-cr-369-PAB

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box ~~1227~~ 1243
Sterling, VA 20166-1227

7011 1150 0001 8752 2278

PS Form 3800, August 2006    See Reverse for Instructions